# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JASON FERGUSON and PAUL TEITLER, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>CBD AMERICAN SHAMAN, LLC and STEPHEN VINCE SANDERS II,<br><br>      Defendants. | Civil Action No. 4:25-cv-00028-SRB |

## DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS

Defendants CBD American Shaman, LLC, and Stephen Vince Sanders II respectfully move the Court to compel arbitration of the claims brought in the complaint filed by Plaintiffs Jason Ferguson and Paul Teitler because Plaintiffs entered into a mutually binding and enforceable arbitration agreement that requires them to arbitrate their causes of action. Pursuant to Local Rule 7.0(a), Defendants have attached a supporting suggestion for their Motion to Compel Arbitration and to Stay Proceedings, the arguments and authorities of which are incorporated in full by reference.

For the reasons set forth above, Defendants respectfully request that the Court grant the motion and issue an order compelling arbitration and staying proceedings pending resolution of the contractually agreed arbitration process.

Respectfully submitted,

*/s/* Nolan M. Jackson
Nicholas Porto
The Porto Law Firm
1616 West 45th Street
Kansas City, MO64111
Phone: (816) 463-2311

Fax: (816) 463-9567
nporto@portolaw.com

Nolan M. Jackson (admitted *pro hac vice*)
Frost Brown Todd LLP
20 F Street NW, Suite 850
Washington, DC 20001
Phone: (202) 292-4150
Fax: (202) 292-4151
njackson@fbtlaw.com

J. Austin Hatfield (admitted *pro hac vice*)
Frost Brown Todd LLP
400 West Market Street, 32nd Floor
Louisville, KY 40202
Phone: (502) 589-5400
Fax: (502) 581-1087
ahatfield@fbtlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned attorney hereby certifies that the foregoing document was filed this 13th day of March 2025 via the Court's CM/ECF system, which shall send electronic notice of the same to the following counsel of record:

Leo B. Oppenheimer
J. Broc Exposito
Oppenheimer Law, LLC
3145 Broadway Boulevard
Kansas City, MO 64111
loppenheimer@oppenheimer-law.com
bexposito@oppenheimer-law.com

Joel D. Smith
Smith Krivoshey, PC
867 Boylston Street
5th Floor, Suite 1520
Boston, MA 02116
joel@skclassactions.com

Yeremey O. Krivoshey
Smith Krivoshey, PC
166 Geary Street, Suite 1500-1507
San Francisco, CA 94108
yeremey@skclassactions.com

*Counsel for Plaintiffs*

/s/ Nolan M. Jackson
*Counsel for Defendants*

0139469.0799690  4924-6192-0552v1